No. PD-0264-15

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 09 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk

ROBERT EARL SCHIELE

V.

THE STATE OF TEXAS

FROM APPEAL NO. 01-13-00299-CR
TRIAL CAUSE NO. TR. Ct. No. 22467

## MOTION TO SUSPEND COPY RULE 9.3 (b) (1)

To The Honorable Judges of the Court of Criminal Appeals:

Comes now, Robert Earl Schiele, Appellant Pro Se, in the above Cause No., and moves this court pursuant to Rule 2 of the TRAP to suspend Rule 9.3 (b)(1), which requires appellant to file the original and 11 copies of his/her Petition for Discretionary Review and in support of such motion would show:

### I.

Appellant is presently incarcerated in the Allen B. Polunsky - I.D. Unit of the Texas Department of Criminal Justice in Livingston, Polk County, Texas, and does not have access to a photocopier machine. Therefore appellant is unable to provide the requisite copy number required, pursuant to Rule 9.3(b)(1).

### PRAYER

WHEREFORE, Premise considered, appellant prays that this motion be granted by the Court to suspend Copy Rule 9.3(b)(1).

Respectfully Submitted,

Robert Earl Schiele - Appellant Pro Se
TDCJ-ID # 1850352

(1)

## CERTIFICATE OF SERVICE

I, Robert E. Schiele, certify that a true and correct copy of the foregoing Motion To Suspend Copy Rule of the TRAP 9.3(b)(1), has been forwarded by U.S. Mail to the Attorney for the State, Polk County Assistant District Attorney Joe E. Martin, 101 West Mill Street, Suite 247, Livingston, Texas, 77351 and the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Texas, 78711 on this 3rd day of March 2015.

Robert Earl Schiele, Appellant Pro Se
TDCJ-ID #1850352

## UNSWORN DECLARATION

I, Robert E. Schiele, TDCJ-ID #1850352, being presently incarcerated in the TDCJ-ID Unit, Allen B. Polunsky in Livingston, Texas, verify under penalty of perjury that the foregoing statements are true and correct. Executed on this 3rd day of March 2015.

Robert Earl Schiele, Appellant PRO SE
TDCJ-ID #1850352
Allen B. Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351-8580